

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00145-CV

HARRIS COUNTY APPRAISAL DISTRICT, Appellant

V.

INTEGRITY TITLE COMPANY, LLC AND MARIAN CONES, Appellees

Appeal from the 151st District Court of Harris County. (Tr. Ct. No. 2014-13474).

This case is an appeal from the final judgment signed by the trial court on January 7, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Harris County Appraisal District, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 15, 2015.

Panel consists of Justices Higley, Huddle, and Lloyd. Opinion delivered by Justice Huddle.